PROB 12C
(6/16)

Report Date: July 2, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 0 5 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Theodore Henry Adolph          Case Number: 0980 2:14CR00136-WFN-1

Address of Offender:                             Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 2, 2015

Original Offense:       Failure to Register, 18 U.S.C. § 2250(a)

Original Sentence:      Prison - 27 Months;          Type of Supervision: Supervised Release
                        TSR - 60 Months

Asst. U.S. Attorney:    Matthew F. Duggan            Date Supervision Commenced: January 10, 2018

Defense Attorney:       Federal Public Defender      Date Supervision Expires: January 9, 2023

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1                       **Special Condition # 18**: You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other forms that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). Neither shall you enter nor frequent any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You shall not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, and credit cards.

                        **Supporting Evidence**: On January 11, 2018, Mr. Theodore Adolph signed his conditions relative to case number 2:14CR00136-WFN-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Adolph was made aware by his U.S. probation officer that he was required to refrain from any possession or manufacturing of pornographic material as defined in 18 U.S.C. §2256(2).

                        On February 27, 2018, a modification was sought in this case, with the client's approval, requesting a condition be added allowing for the installation of computer software on the client's cellular device to allow for monitoring of the client's Internet usage. This request was granted by the Court on February 27, 2018.

Mr. Adolph is alleged to have violated special condition number 18 by viewing pornographic material on his cell phone occurring between June 22, and June 24, 2018, based on his installed monitoring software, the client's own admission, and polygraph testing.

On June 25, 2018, the undersigned officer received and reviewed the client's weekly Internet usage report and observed You Tube searches for "XXX sex videos," "milf's," "live sex videos" and "virgin teen videos." On June 25, 2018, Mr. Adolph reported to the U.S. Probation Office in Spokane, as directed, at which time Mr. Adolph admitted to viewing pornographic material on numerous occasions over the weekend. Mr. Adolph would later admit during polygraph testing on June 28, 2018, that he viewed pornographic material between June 22, and June 24, 2018, and he believes he did so for less than 20 times.

2     **Special Condition # 21**: You shall have no contact with any child under the age of 18, without the presence of an adult and approved in advance by the supervising officer. You shall immediately report any unauthorized contact with minor-aged children to the supervising officer.

**Supporting Evidence**: On January 11, 2018, Mr. Theodore Adolph signed his conditions relative to case number 2:14CR00136-WFN-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Adolph was made aware by his U.S. probation officer that he was required to refrain from contact with any child under the age of 18 without the presence of an adult and approved in advance by the supervising officer, and that any unauthorized contact must be reported immediately to the undersigned officer.

Mr. Adolph is alleged to have violated special condition number 21 by being in proximity of an 18-month-old child on or about June 10, 2018, without providing notification to the undersigned officer as required.

Specifically, on June 28, 2018, Mr. Adolph submitted to polygraph testing as required by his conditions of supervised release. As a part of the testing process, Mr. Adolph admitted to being in "proximity" of an 18-month-old child while present with his mother on approved travel in Omak, Washington. On June 29, 2018, Mr. Adolph reported to the U.S. Probation Office in Spokane, as directed, and admitted to the behavior as detailed in the report, indicating he and his mother had traveled to his cousin's house at which time another family member arrived who had their 18-month-old child with them. The client stated he did not leave his mother's side, but admitted to failing to notify this officer following the contact as required, indicating he forgot to do so.

3     **Special Condition # 22**: You shall not reside or loiter within 1000 feet of places where children congregate, which includes playgrounds, primary and secondary schools, city parks, daycare centers, and arcades.

**Supporting Evidence**: On January 11, 2018, Mr. Theodore Adolph signed his conditions relative to case number 2:14CR00136-WFN-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Adolph was made aware by his U.S. probation officer that he was required to refrain from loitering in areas where children congregate, to include city parks.

Prob12C
**Re: Adolph, Theodore Henry**
July 2, 2018
Page 3

Mr. Adolph is alleged to have violated special condition number 22 by traveling through Riverfront Park and by viewing movies at Regal Cinemas at the River Park Square mall located in downtown Spokane.

Specifically, on June 28, 2018, Mr. Adolph submitted to polygraph testing as required by his conditions of supervised release. As a part of the testing process Mr. Adolph admitted to traveling through Riverfront Park on numerous occasions while riding his bike to treatment or to community-based meetings. Mr. Adolph also admitted to viewing movies at Regal Cinemas located in the River Park Square mall located in downtown Spokane.

On June 29, 2018, Mr. Adolph reported to the U.S. Probation Office in Spokane, as directed and admitted to the behavior as detailed in the report, admitting he does travel through Riverfront Park as it is the easiest and safest route for him on his bike, and also admitted to viewing two movies at the River Park Square mall in downtown, but stated he only does so in the evening when he is able to sit away from the other occupants.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 2, 2018

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

7/5/18
Date